**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARYLYN SUMNER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, *et al.*, <br><br> Defendants. | 2:14-cv-02121-JAD-VCF <br> **ORDER** <br><br> Plaintiffs' Unopposed Motion to Extend Discovery (#28) |

Before the court is Plaintiffs' Unopposed Motion to Extend Discovery.  (#28).

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Extend Discovery (#28) is GRANTED.

 The following discovery deadlines apply:

A. Discovery Cut-Off Date:

Discovery must be completed on or before **May 25, 2016**.

B. Disclosure of Experts:

Expert disclosures must be made on or before **March 25, 2016**.  Rebuttal expert disclosures must be made on or before **April 25, 2016**.

C. Interim Status Report:

The interim status report must be filed by the parties on or before **March 25, 2016**.

D. Dispositive Motions:

Dispositive motions must be filed and served on or before **June 24, 2016**.

E. Joint Pre-Trial Order:

The Joint Pre-trial Order must be filed on **July 22, 2016**. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

F.  Extension of Discovery Deadlines:

Pursuant to LR 26-4, any request to extend the dates set forth in this Discovery Plan and Scheduling Order must be filed with the Court no later than **21 days prior to expiration of the subject deadline.**

DATED this 4th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE